DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

In the Interest of C.N., a child.

T.N.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2024-0159
_____

June 5, 2024

Appeal from the Circuit Court for Hillsborough County; Leslie Schultz-Kin, Judge.

Jonathan E. Hackworth of Hackworth Law, P.A., Tampa, for Appellant.

Meredith K. Hall of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

Kristie L. Hatcher-Bolin of Gray Robinson, P.A., Lakeland; and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.